UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEMOCRATIC SENATORIAL
CAMPAIGN COMMITTEE and BILL
NELSON FOR U.S. SENATE,

    Plaintiffs,

v.                                    Case No. 4:18-cv-00528-MW-MJF

KENNETH W. DETZNER, in his
official capacity as Florida
Secretary of State, *et al.*,

    Defendants.
_____/

## APPEARANCE OF COUNSEL

The Court will please note the appearance of the undersigned as counsel for the Proposed Intervenor, National Republican Senatorial Committee ("NRSC"), in the above-styled matter on this 14th day of November, 2018.

                                            Respectfully submitted,

                                            /s/ *Jason B. Torchinsky*
                                            Jason Torchinsky (VA Bar# 47481)
                                            Holtzman Vogel Josefiak Torchinsky, PLLC
                                            45 North Hill Drive, Suite 100
                                            Warrenton, VA 20186
                                            Phone: 540-341-8808
                                            Fax: 540-341-8809
                                            jtorchinsky@hvjt.law
                                            *Counsel to Proposed Intervenor NRSC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

/s/ Jason Torchinsky
Jason Torchinsky