**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, and BILL NELSON FOR U. S. SENATE,**

**Plaintiffs,**

**v.** **Case No. 4:18cv528-MW/CAS**

**KENNETH W. DETZNER, in his official capacity as Florida Secretary of State, et al.,**

**Defendant.**

**___________________________/**

**ORDER GRANTING MOTION TO INTERVENE**

This Court has considered, without hearing, the National Republican Senatorial Committee's motion to intervene. ECF No. 10. That motion is **GRANTED**.

**SO ORDERED on November 14, 2018.**

**s/ MARK E. WALKER**
**Chief United States District Judge**