# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE and BILL NELSON FOR U.S. SENATE,**

***Plaintiffs*,**

**v.** **Case No. 4:18cv528-MW/CAS**

**KENNETH W. DETZNER, in his official capacity as Secretary of State, the FLORIDA ELECTIONS CANVASSING COMMISSION, and RICK SCOTT, PAMELA BONDI, and JIMMY PATRONIS, in their official capacity as members of the Florida Elections Canvassing Committee,**

***Defendants*.**
**_________________________________/**

## SUPPLEMENT TO ORDER DENYING PRELIMINARY INJUNCTION

This Court held a hearing in another matter, *Bonfiglio v. Detzner*, Case No. 4:18-cv-527-MW/CAS, this afternoon. During that hearing, Palm Beach County Supervisor Susan Bucher testified with confidence that both the machine and manual recounts for the U.S. Senate race would be completed in advance of the official returns deadline, November 18, 2018 at noon. Since the hearing, this Court has become aware that, in addition to Palm Beach County, neither Broward County nor Hillsborough County uploaded updated returns

by the Department of State's 3 p.m. deadline.[1] Broward County did complete the machine recount; their second unofficial returns just finished uploading after the deadline.[2] Hillsborough County's machine recount ended in a different number of votes, but effectively the same margins, so they chose to reenter the prior returns.[3]

In short, this Court entered an order denying Plaintiff's motion for preliminary injunction, ECF No. 36, but it appears to be of no moment, as it seems that all remaining counties will be able to finish their recounts in the U.S. Senate race before the official returns are due November 18, 2018 at noon.

**SO ORDERED on November 15, 2018.**

**s/Mark E. Walker**
**Chief United States District Judge**

---

[1] *See, e.g.*, Sean Sullivan, Lori Rozsa, Beth Reinhard, & Amy Gardner, *Florida Recount: Hand Recount Ordered in U.S. Senate Race in Florida*, WASH. POST. (Nov. 15, 2018), https://www.washingtonpost.com/politics/florida-recount-signatures-judge-ballot-machine-count-deadline/2018/11/15/21275a22-e87c-11e8-bbdb-72fdbf9d4fed_story.html.
[2] *Id.*
[3] *Id.*