# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE and BILL NELSON FOR U.S. SENATE,**

***Plaintiffs*,**

**v.** **Case No. 4:18cv528-MW/CAS**

**KENNETH W. DETZNER, in his official capacity as Secretary of State, the FLORIDA ELECTIONS CANVASSING COMMISSION, and RICK SCOTT, PAMELA BONDI, and JIMMY PATRONIS, in their official capacity as members of the Florida Elections Canvassing Committee,**

***Defendants*.**
**_________________________________/**

## SECOND SUPPLEMENT TO ORDER DENYING PRELIMINARY INJUNCTION

This Court entered an order denying Plaintiffs' motion for preliminary injunction on November 15, 2018. ECF No. 36. This denial appears to have been of no moment because (1) the failure of three counties to provide updated machine recount numbers by the November 15 deadline did not affect the triggering of a manual recount in the race for U.S. Senate, as the initial results were still within the .25% boundary, and (2) the recounts—both machine and manual—were completed in advance of the November 18 deadline. In short,

this Court denied Plaintiffs' motion for preliminary injunction but the desired results were achieved. This Court directs the parties to confer and file indication of how they intend to proceed on or before November 30, 2018.

**SO ORDERED on November 19, 2018.**

**s/Mark E. Walker**
**Chief United States District Judge**