**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

DSCC a/k/a DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE and BILL NELSON FOR U.S. SENATE,

Plaintiffs,

v.

KEN DETZNER, in his official capacity as Florida Secretary of State, the FLORIDA ELECTIONS CANVASSING COMMISSION, and RICK SCOTT, PAMELA BONDI, and JIMMY PATRONIS, in their official capacity as members of the Florida Elections Canvassing Commission,

Defendants,

and

NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

Defendant-Intervenor.

Case No. 4:18-cv-528-MW/MJF

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs DSCC and Bill Nelson for U.S. Senate, by and through undersigned counsel, hereby voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: December 14, 2018

Respectfully submitted,

/s/ *Uzoma Nkwonta*

Marc E. Elias
Email: MElias@perkinscoie.com
Uzoma N. Nkwonta*
Email: UNkwonta@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

RONALD G. MEYER
Florida Bar No. 0148248
Email: rmeyer@meyerbrookslaw.com
JENNIFER S. BLOHM
Florida Bar No. 0106290
Email: jblohm@meyerbrookslaw.com
Meyer, Brooks, Demma and Blohm, P.A.
131 North Gadsden Street
Post Office Box 1547
Tallahassee, FL 32302-1547
(850) 878-5212

*Counsel for Plaintiffs*
*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I caused to be electronically filed the foregoing Notice on behalf of the Plaintiffs with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

/s/ *Uzoma Nkwonta*

Marc E. Elias
Email: MElias@perkinscoie.com
Uzoma N. Nkwonta
Email: UNkwonta@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211