# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE and BILL NELSON FOR U.S. SENATE,**

***Plaintiffs,***

**v.** **Case No. 4:18cv528-MW/CAS**

**KENNETH W. DETZNER, in his official capacity as Secretary of State, the FLORIDA ELECTIONS CANVASSING COMMISSION, and RICK SCOTT, PAMELA BONDI, and JIMMY PATRONIS, in their official capacity as members of the Florida Elections Canvassing Committee,**

***Defendants.***

**_________________________________/**

## ORDER CLOSING FILE

Plaintiffs have filed a Notice of Voluntary Dismissal dismissing without prejudice this action. ECF No. 49. Inasmuch as the defendants have not filed an answer or motion for summary judgment, the Notice of Voluntary Dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk must enter judgment stating, “This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a).” The Clerk must

close the file.

**SO ORDERED on December 17, 2018.**

**s/Mark E. Walker**
**Chief United States District Judge**