**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

DEMOCRATIC SENATORIAL
CAMPAIGN COMMITTEE and
BILL NELSON FOR U S SENATE

VS CASE NO. 4:18cv528-MW/CAS

KENNETH W DETZNER, FLORIDA
ELECTIONS CANVASSING
COMMISSION, RICK SCOTT, PAMELA
BONDI, and JIMMY PATRONIS

**JUDGMENT**

This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a).

JESSICA J. LYUBLANOVITS
CLERK OF COURT

December 17, 2018
DATE

s/ *Kimberly J. Westphal*
Deputy Clerk: Kimberly J. Westphal